Exhibit 2



## U.S. Postal Service
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Salem, OR 97301

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | 0009 |
| $ | $3.75 | 2 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.56 | |
| $ | | |
| Total Postage and Fees | $8.56 | |
| $ | | 12/20/2021 |

US POLK STREET STATION
DEC 20 2021
BOSTON MA 02196

Sent To: C T Corporation System
Street and Apt. No., or PO Box No.: 780 Commercial St SE Ste 100
City, State, ZIP+4®: Salem OR 97301

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7018 1830 0000 3180 3197

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C T Corporation System
   Registered Agent for Schnitzer Steel
   Industries, Inc.
   780 Commercial St. SE, Ste. 100
   Salem, OR 97301

9590 9402 6483 0346 3759 15

2. Article Number (Transfer from service label)

   7018 1830 0000 3180 3197

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt