# Exhibit 3



## Certified Mail Receipts and Return Receipts

**Receipt 1:** 7018 1830 0000 3180 3234
- Sent To: Michael Regan, Administrator, EPA
- 1200 Pennsylvania Ave NW
- Washington DC 20460-0001
- Postmarked Boston, MA 02196, Dec 20 2021
- Total Postage and Fees: $8.36
- Delivered 12/24/21

**Receipt 2:** 7018 1830 0000 3180 3265
- Sent To: Deborah Szaro, EPA Region 1 Acting Admin.
- 5 Post Office Square
- Boston, MA 02109-3912
- Postmarked Boston, MA 02196, Dec 20 2021
- Total Postage and Fees: $8.36
- Delivered 12/22/21

**Receipt 3:** 7018 1830 0000 3180 3272
- Sent To: Robert R. Scott, Commissioner, NH DES
- 29 Hazen Drive
- Concord, NH 03301-6095
- Postmarked Boston, MA 02196, Dec 20 2021
- Total Postage and Fees: $8.36
- Received by: Brenda Boivin, 12-23

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530 OFFICIAL USE

| Certified Mail Fee | $3.75 | 0009 |
|---|---|---|
| $ | | 2 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00              Postmark
☐ Certified Mail Restricted Delivery $ $0.00               Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$   $1.56

Total Postage and Fees
$   $8.36                               12/20/2021

Sent To
Citizen Suit Coordinator, ENRD
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave NW
City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1830 0000 3180 3289

USPS MILK STREET STATION
DEC 20 2021
BOSTON MA 02196

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citizen Suit Coordinator
Environment and Natural Resources Division
Law and Policy Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

9590 9402 6483 0346 3758 30

2. Article Number (Transfer from service label)
7018 1830 0000 3180 3289

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]                       ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   DEC 27 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt