**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

CONSERVATION LAW FOUNDATION, INC.

Plaintiff,

v.

SCHNITZER STEEL INDUSTRIES, INC.; PROLERIZED NEW ENGLAND, LLC; JOINT VENTURE OPERATIONS, INC.; PROLERIDE TRANSPORT SYSTEMS, INC.; and MAINE METAL RECYCLING, INC.,

Defendants

Case No. 1:22-cv-00067

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## JOINT MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Conservation Law Foundation ("CLF" or "Plaintiff") and Defendants Schnitzer Steel Industries, Inc.; Prolerized New England, LLC; Joint Venture Operations, Inc.; Proleride Transport Systems, Inc.; and Maine Metal Recycling, Inc. (collectively, "Schnitzer" or "Defendants"), respectfully submit this Joint Motion for a 90-day extension of the deadline for CLF to serve the Summons, Complaint and Civil Case Opening Documents on Defendants.

1.      CLF filed its Complaint with this Court on February 22, 2022.  Accordingly, CLF's deadline to serve the Complaint upon Defendants is May 23, 2022.

2.      The Parties request that the Court extend and reset the deadline for service by CLF on Defendants from May 23, 2022 to August 22, 2022.  The parties have good cause for

seeking an extension of time for service under Fed. R. Civ. P. 6(b), as they are in ongoing negotiations in an effort to resolve or narrow the issues in the above-captioned case.

3.      Pursuant to Local Rule 7.2(a), the extension of time sought would not result in the continuance of any pending hearing, conference, or trial, in the above-captioned matter.

WHEREFORE, the Parties respectfully request that the Court:

A.      Extend the deadline for CLF to serve the Summons, Complaint and Civil Case Opening Documents on Defendants until **August 22, 2022**; and

B.  Grant such other and further relief as the Court deems fair and just.

Date:      May 19, 2022                    Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

By its attorneys:
/s/ Thomas F. Irwin
Thomas F. Irwin
New Hampshire Bar No. 11302
Conservation Law Foundation, Inc.
27 North Main Street
Concord, NH 03301
(603) 225-3060
tirwin@clf.org

Heather A. Govern, Esq.
*Pro hac vice motion to be filed*
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

Chelsea E. Kendall, Esq.
*Pro hac vice motion to be filed*
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1792
ckendall@clf.org

Respectfully submitted,

SCHNITZER STEEL INDUSTRIES, INC.;
PROLERIZED NEW ENGLAND, LLC;
JOINT VENTURE OPERATIONS, INC.;
PROLERIDE TRANSPORT SYSTEMS, INC.;
MAINE METAL RECYCLING, INC.

By Their Attorneys,

McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION

Date:   May 19, 2022      By:      /s/ Gregory H. Smith
                                 Gregory H. Smith,  NH Bar No. 2373
                                 11 South Main Street
                                 Concord, NH 03301
                                 Telephone (603) 226-0400
                                 Gregory.smith@mclane.com

                         By:      /s/ Jeremy T. Walker
                                 Jeremy T. Walker  NH Bar No. 12170
                                 900 Elm Street, P.O. Box 326
                                 Manchester, New Hampshire 03105
                                 Telephone (603) 625-6464
                                 Jeremy.walker@mclane.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, the foregoing Joint Motion was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

/s/ Thomas F. Irwin
Thomas F. Irwin