**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) Case No. 1:22-cv-00067-JL |
| SCHNITZER STEEL INDUSTRIES, INC.; PROLERIZED NEW ENGLAND, LLC; JOINT VENTURE OPERATIONS, INC.; PROLERIDE TRANSPORT SYSTEMS, INC.; and MAINE METAL RECYCLING, INC., | ) ) ) ) ) ) |
| Defendants | ) ) ) |

## JOINT STIPULATION AND NOTICE OF DISMISSAL OF SCHNITZER STEEL INDUSTRIES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Conservation Law Foundation, Inc. ("CLF"), by and through its attorneys, and Defendant Schnitzer Steel Industries, Inc. ("SSI"), by and through its attorneys, hereby jointly stipulate to dismiss SSI as Defendant. This dismissal of SSI will not impact the pendency of this action against Prolerized New England, LLC., Joint Venture Operations, Inc., Proleride Transport Systems, Inc., and Maine Metal Recycling, Inc., against whom this action is not dismissed.

NOW, THEREFORE, CLF and SSI jointly enter this stipulation to dismiss CLF's claims against SSI, each party bearing its own costs and attorney's fees.

November 20, 2023

*Respectfully submitted*,

CONSERVATION LAW FOUNDATION, INC.

1

By its attorneys:
/s/ Thomas F. Irwin
Thomas F. Irwin, Esq.
New Hampshire Bar No. 11302
Conservation Law Foundation, Inc.
27 North Maine Street
Concord, NH 03301
(603) 225-3060
tirwin@clf.org

Heather A. Govern, Esq.
*Pro hac vice motion to be filed*
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

Chelsea E. Kendall, Esq.
*Pro hac vice motion to be filed*
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1792
ckendall@clf.org

SCHNITZER STEEL INDUSTRIES, INC.

By its attorneys:

McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION

/s/ Jeremy T. Walker
Jeremy T. Walker
NH Bar No. 12170
900 Elm Street, P. O. Box 326
Manchester, New Hampshire 03105
Telephone (603) 625-6464
Jeremy.walker@mclane.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2023, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

<u>/s/ Thomas F. Irwin</u>
Thomas F. Irwin