UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> PROLERIZED NEW ENGLAND, LLC; ) <br> JOINT VENTURE OPERATIONS, INC.; ) <br> PROLERIDE TRANSPORT SYSTEMS, INC; ) <br> and MAINE METAL RECYCLING, INC., ) <br> ) <br> Defendants ) <br> ) | Case No. 1:22-cv-00067-JL |

## JOINT NOTICE REGARDING ENTRY OF CONSENT DECREE

Plaintiff Conservation Law Foundation ("CLF" or "Plaintiff") and Defendants Prolerized New England, LLC., Joint Venture Operations, Inc., Proleride Transport Systems, Inc., and Maine Metal Recycling, Inc. ("Defendants") (jointly "the Parties") hereby provide notice that the United States Department of Justice reviewed the Proposed Consent Decree in this action and does not object to its entry by this Court. See Ex. 1 (Letter from U.S. Department of Justice) and its attached Exhibit A (Letter from Merrimack River Watershed Council). In addition, the 45-day review period ended on January 4, 2024.

Accordingly, the Parties request that the Court enter the previously filed Consent Decree. ECF No. 17-1 (Consent Decree). The Consent Decree represents a settlement of all claims presented by Plaintiff against the Defendants in this case. The Parties represent that the settlement terms are appropriate, reasonable, and in the public interest.

| | |
|---|---|
| January 8, 2024 | *Respectfully submitted*, |

CONSERVATION LAW FOUNDATION, INC.

By its attorneys:
<u>/s/ Thomas F. Irwin</u>
Thomas F. Irwin, Esq.
New Hampshire Bar No. 11302
Conservation Law Foundation, Inc.
27 North Main Street
Concord, NH 03301
(603) 225-3060
tirwin@clf.org

Heather A. Govern, Esq.
Pro hac vice motion to be filed
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

Chelsea E. Kendall, Esq.
Pro hac vice motion to be filed
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1792
ckendall@clf.org

PROLERIZED NEW ENGLAND, LLC;
JOINT VENTURE OPERATIONS, INC.;
PROLERIDE TRANSPORT SYSTEMS, INC.;
and MAINE METAL RECYCLING, INC.

By its attorneys:

McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION
<u>/s/ Jeremy T. Walker</u>
Jeremy T. Walker
NH Bar No. 12170
900 Elm Street, P. O. Box 326
Manchester, New Hampshire 03105
Telephone (603) 625-6464
Jeremy.walker@mclane.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2024, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

                                  /s/ Thomas F. Irwin
                                  Thomas F. Irwin