```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Conservation Law Foundation, Inc.

    v.

                              Case No. 22-cv-67-JL

Schnitzer Steel Industries, Inc.,
et al.

## JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated January 19, 2024, and the Stipulation of Dismissal of the parties dated November 20, 2023.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: January 19, 2024

cc:   Thomas F. Irwin, Esq.
      Beth S. Ginsberg, Esq.
      Gregory H. Smith, Esq.
      Jeremy T. Walker, Esq.
      Veronica M. Keithley, Esq.